# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01522-NYW

BERTHA N. ROMERO,

      Plaintiff,

v.

ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,

      Defendant.

---

## MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Defendant's Unopposed Motion to Amend Scheduling Order. [#31, filed March 27, 2015].

      IT IS ORDERED that for good cause shown, the Motion [#31] is **GRANTED**:

1. Defendant shall disclose its Rebuttal Expert Reports on or before **April 15, 2015**;

2. The Parties shall complete discovery on or before **May 30, 2015**; and

3. The Parties shall file dispositive motions, if any, on or before **June 30, 2015**.

DATED: April 2, 2015