IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01522-NYW

BERTHA N. ROMERO,

    Plaintiff,

v.

ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Defendant's two Motions to Strike Plaintiff's Expert Disclosures. [#47, #48, filed August 10, 2015].

    The Motions are identical and ask the court to strike Plaintiff's expert disclosures for failure to properly designate and disclose seven treating providers and for failure to comply with Fed. R. Civ. P. 26(a)(2)(C).  *Compare* [#47] *with* [#48].  Neither of the Motions contains a certificate of conferral as required by D.C.COLO.LCivR 7.1(a).  Therefore,

    IT IS ORDERED:

1. The Motion to Strike Plaintiff's Expert Disclosures [#47] is DENIED as duplicative of [#48];
2. The Motion to Strike Plaintiff's Expert Disclosures [#48] is DENIED for failure to comply with D.C.COLO.LCivR 7.1(a) WITH LEAVE TO REFILE on or before **August 17, 2015**; and
3. Any Response is due on or before **August 31, 2015**.

DATED: August 13, 2015