**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01522-NYW

BERTHA N. ROMERO,

    Plaintiff,

v.

ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,

    Defendant.

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Defendant's Unopposed Motion to Withdraw Its Motion to Strike Testimony of Dr. Sachar and for Protective Order (the "Motion"). [#68, filed September 4, 2015].

    IT IS ORDERED that the Motion [#68] is **GRANTED**, the Motion to Strike Testimony of Dr. Sachar [#49] is deemed WITHDRAWN.

DATED: September 4, 2015