IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Nina Y. Wang

Case No. 14-cv-01522-NYW

BERTHA N. ROMERO,

    Plaintiff,

v.

ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,

    Defendant.

---

### STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the jury trial on September 24, 2015, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 24th day of September, 2015.

BY THE COURT:

_____
Nina Y. Wang, Magistrate Judge

APPROVED AS TO FORM:

_____   _____
ATTORNEY FOR PLAINTIFF                          ATTORNEY FOR DEFENDANT