# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01522-NYW

BERTHA N. ROMERO

    Plaintiff,

v.

ALLSTATE FIRE & CASUALTY INSURANCE COMPANY

    Defendant.

## POST-TRIAL ORDER

Magistrate Judge Nina Y. Wang

In accordance with the Parties' stipulation during the pendency of trial, Plaintiff Bertha Romero ("Plaintiff" or "Ms. Romero") and Defendant Allstate Fire & Casualty Insurance Company ("Allstate") stipulated to the dismissal of Plaintiff Romero's first claim for breach of contract. The Parties agreed to proceed with the jury's determination of the total amount of damages sustained by Plaintiff Bertha Romero in order to determine the amount of benefits owed by Defendant Allstate Fire & Casualty Insurance Company pursuant to the underinsured motorist policy, which was a prerequisite to determining whether unpaid benefits were unreasonably delayed pursuant to Colo. Rev. Stat. 10-3-1116. The Parties further stipulated that Allstate would pay Ms. Romero the amount of underinsured motorist benefits determined by jury, subject to the appropriate offsets made by the court.

A jury trial commenced in this action on September 21, 2015. The jury rendered a special verdict on September 24, 2015, as follows:

1. Plaintiff Bertha Romero proved, by a preponderance of evidence, that she suffered the following damages caused by the November 28, 2011 motor vehicle accident: $23,600 in non-economic losses and injuries; $47,836.77; and $0 in physical impairment;

2. Plaintiff Bertha Romero failed to prove, by a preponderance of the evidence, that Defendant Allstate Fire & Casualty Insurance Company unreasonably delayed in the payment of underinsured motorist benefits; and

3. Plaintiff Bertha Romero failed to prove, by a preponderance of the evidence, that Defendant Allstate Fire & Casualty Insurance Company acted in bad faith in the handling of Ms. Romero's claim.

The undisputed evidence demonstrated that the third-party tortfeasor's insurance carrier paid $50,000 of benefits to Plaintiff. In addition, the undisputed evidence demonstrated that Allstate paid $5,000 in benefits in medical payment benefits in favor of Plaintiff. Therefore, the total amount of benefits that Plaintiff may collect under her underinsured motorist insurance coverage is $21,436.77.

There is no claim upon which Plaintiff Bertha Romero prevailed at trial to award the assessment of prejudgment interest, and there is no evidence that prejudgment interest is contemplated by the insurance policy.

Therefore, IT IS ORDERED that:

1. Defendant Allstate Fire & Casualty Insurance Company will pay Plaintiff Bertha Romero the amount of $21,436.77 within thirty (30) days of this Order; and

2. As reflected in the Final Judgment, each party will bear its own costs and fees associated with this action.

DATED:  September 25, 2015         BY THE COURT:

                                            s/ Nina Y. Wang
                                            Nina Y. Wang
                                            United States Magistrate Judge