IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-01522-NYW

BERTHA N. ROMERO,

    Plaintiff,

v.

ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,

    Defendant.

---

## AMENDED FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a), (b)(2), the following FINAL JUDGMENT is hereby entered.

A jury trial commenced in this action on September 21, 2015. The jury rendered a special verdict on September 24, 2015, as follows:

1.  Plaintiff Bertha Romero proved, by a preponderance of evidence, that she suffered the following damages caused by the November 28, 2011 motor vehicle accident: $23,600 in non-economic losses and injuries; $47,836.77; and $0 in physical Impairment;

2.  Plaintiff Bertha Romero failed to prove, by a preponderance of the evidence, that Defendant Allstate Fire & Casualty Insurance Company unreasonably delayed in the payment of underinsured motorist benefits; and

3.  Plaintiff Bertha Romero failed to prove, by a preponderance of the evidence, that Defendant Allstate Fire & Casualty Insurance Company acted in bad faith in the handling of Ms. Romero's claim.

Therefore, IT IS ORDERED that:

1. Defendant Allstate Fire & Casualty Insurance Company will pay Plaintiff Bertha Romero the amount of $21,436.77 within thirty (30) days of this Order; and

2. As reflected in the Final Judgment, each party will bear its own costs and fees associated with this action.

DATED at Denver, Colorado this 25th day of September, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/N. Marble
_____
N. Marble, Deputy Clerk